**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**

In Re:  Debtor(s)

**Shaydrea Lachelle Chapman**


**Donquadis Jatemus Windle**

Case No.: **25−56273−sms**

Chapter:  **13**

# NOTICE TO DEBTOR THAT COURSE ON FINANCIAL MANAGEMENT IS REQUIRED TO RECEIVE DISCHARGE

Individual Debtors must take an approved course about personal financial management if they filed for bankruptcy under chapter 7 or 13 (11 U.S.C. §§ 727(a)(11) and 1328(g)); or if they filed under chapter 11 and §1141(d)(3) applies. In a joint case, each Debtor must take the course.

After completion of the course, unless an approved provider has notified the court, the Debtor must file with the Court the certificate of course completion issued by the provider, also known as the Certificate of Debtor Education (the "Certificate") before the discharge can be entered.

The filing of the Certificate is a **separate requirement** from the pre−filing credit counseling course certificate.

Time to File: Unless the court extends the time to file, Chapter 7 Debtor(s) must file the Certificate within 60 days after the first date set for the meeting of creditors. Chapter 11 and 13 Debtor(s) must file the Certificate no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed.

**Failure to file the Certificate timely may result in the case being closed without Debtor(s) receiving a discharge.**

If the case is closed without discharge and Debtor(s) subsequently files a motion to reopen the case to file the required Certificate, Debtor(s) must pay the appropriate filing fee to reopen the case.

Dated:  September 5, 2025

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Form 417 (revised 12/01/2024)