**IT IS ORDERED as set forth below:**

**Date: October 3, 2025**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Shaydrea Lachelle Chapman, Donquadis Jatemus Windle<br><br>**Debtor(s)**. | CASE NO. 25-56273-sms<br>CHAPTER 13 |
| Yamasa Co. LTD<br><br>**Movant**<br><br>v.<br><br>Shaydrea Lachelle Chapman, Donquadis Jatemus Windle, Debtor(s); and K. Edward Safir, Trustee<br><br>**Respondents**. | Judge Sage M. Sigler<br><br>CONTESTED MATTER |

<u>**ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE**</u>

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 29], as filed on August 12, 2025. A hearing was scheduled on Movant's Motion on September 30,

1

2025. Prior to said hearing, Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced to the Court.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated April 9, 2025, at a rate of $2,475.00 per month, plus utilities and other amounts accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Shaydrea Lachelle Chapman and Donquadis Jatemus Windle, relative to certain property known as 254 Hillandale Dr, Stockbridge GA 30281, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including a post-petition default for failure to pay rent for the month(s) of July 2025 and August 2025; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total post-petition arrearage through September 2025, representing rent, utilities, and late fees accruing under the terms of the Lease, shall be paid as follows to Movant: $2,475.00 by September 26, 2025, and $555.00 by October 2, 2025. Debtor shall further amend the plan to cure the pre-petition balance owing to Movant, in the amount of $10,165.00, within an amended plan, with said pre-petition amount to be fully paid and satisfied in full before February 28, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's mailing address, located at 7500 N. Dobson Road, Ste 300, Scottsdale AZ 85256 or to such address or payment method as may be hereafter designated. Failure to tender the above-described payment due by September 26, 2025, October 2, 2025 or alternatively for Debtor to submit a proposed amended plan in conformity of the above by October 15, 2025, shall entitle Movant to an order lifting the stay under §§362(a),(d) to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due beginning October 1, 2025. Should Debtor default on said regular rental payments which come due according to the Lease through April 1, 2026, then upon notice of default sent by first class mail to Debtor to the address(es) that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) and § 1301 without further notice or hearing.

[**END OF DOCUMENT**]

Consented to by:

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr.
Ste 106-33
Atlanta, GA 30350
*Attorney for Movant*

Consented to by

 /s/ Paige N. Pierson (w/ exp. perm).
Paige N. Pierson
GA Bar # 834602
The Semrad Law Firm, LLC
6125 Old National Hwy, Suite 121
Atlanta, GA 30349
*Attorneys for Debtor*

Seen and No Opposition:

/s/  Albert C. Guthrie [by exp. perm.]
Albert C. Guthrie
GA Bar #  142399
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

4

Distribution List:

Paige N. Pierson
The Semrad Law Firm, LLC
6125 Old National Hwy, Suite 121
Atlanta, GA 30349
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr.
Ste 106-33
Atlanta, GA 30350
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Trustee*

Shaydrea Lachelle Chapman, Debtor
254 Hillandale Dr
Stockbridge GA 30281

Donquadis Jatemus Windle, Debtor
254 Hillandale Dr
Stockbridge GA 30281