**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Shaydrea Lachelle Chapman**
254 Hillandale Dr
Stockbridge, GA 30281

**xxx−xx−1242**

**Donquadis Jatemus Windle**
254 Hillandale Dr
Stockbridge, GA 30281

**xxx−xx−2130**

Case No.: **25−56273−sms**
Chapter: **13**
Judge: **Sage M. Sigler**

**ORDER OF DISMISSAL**

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated: November 18, 2025

Form 155

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-56273-sms |
| Shaydrea Lachelle Chapman | Chapter 13 |
| Donquadis Jatemus Windle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 4 |
| Date Rcvd: Nov 18, 2025 | Form ID: 155 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | Shaydrea Lachelle Chapman, Donquadis Jatemus Windle, 254 Hillandale Dr, Stockbridge, GA 30281-3047 |
| cr | + | Yamasa Co. LTD, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350 UNITED STATES 30350-5434 |
| 25306793 | + | Aarons Furniture, 1418 W Jefferson St, Joliet, IL 60435-6702 |
| 25306753 | + | EDC/SELF-RENTTRACK, 4601 EXCELSIOR BLVD STE 503, SAINT LOUIS PARK, MN 55416-4977 |
| 25306758 | + | NORTHSIDE FEDERAL CRED, 980 Johnson Ferry Rd NE STE 190, Atlanta, GA 30342-1607 |
| 25306781 | + | Portfolio Recovery Associates, Llc, 9420 Bunsun Prkwy, Suite 320, Louisville, KY 40220-3878 |
| 25306786 | + | RH PARTNERS OWNERCO LLC, 5001 PLAZA ON THE LK, STE 200, Austin, TX 78746-1053 |
| 25306783 | + | TFI Group LLC, 712 Ash. St, Winnetka, IL 60093-2502 |
| 25306755 | + | Weber & Olcese PLC, 9420 Bunsen Pkwy, Suite 320, Louisville, KY 40220-3878 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25410524 | + | Email/Text: bankruptcynotices@aarons.com | Nov 18 2025 20:42:00 | Aarons Furniture., 6707 Londonderry Way, Union City, GA 30291-2047 |
| 25335884 | + | Email/Text: bankruptcynotices@aarons.com | Nov 18 2025 20:42:00 | Aarons, LLC f/k/a Aarons, Inc., d/b/a Aarons, 400 Galleria Parkway, SE Suite 300, Atlanta, GA 30339-3182 |
| 25464277 | | EDI: MAXMSAIDV | Nov 19 2025 01:18:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 25317782 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 20:52:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25306777 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 21:05:31 | Ashley Funding Services, Llc Resurgent Capital Ser, P.O. Box 10587, Greenville, SC 29603-0587 |
| 25306744 | ^ | MEBN | Nov 18 2025 20:35:39 | Atlas, 300 COVENTRY ROAD, KENSINGTON, CA 94707-1214 |
| 25306784 | | EDI: BANKAMER | Nov 19 2025 01:18:00 | Bank Of America, N.a, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 25319461 | + | Email/Text: bankruptcy@bmgmoney.com | Nov 18 2025 20:42:00 | BMG LoansAtWork Inc, 444 Brickell Ave Suite 250, Miami, FL 33131-2404 |
| 25403501 | | EDI: BANKAMER | Nov 19 2025 01:18:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 25306745 | + | Email/Text: bankruptcy@bmgmoney.com | Nov 18 2025 20:42:00 | Bmg Money Inc, 444 Brickell Ave Suite 250, Miami, FL 33131-2404 |
| 25306752 | | EDI: CAPITALONE.COM | | |

Case 25-56273-sms    Doc 39    Filed 11/20/25    Entered 11/21/25 01:00:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 113E-9 | User: bncadmin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: 155 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 19 2025 01:18:00 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 25306766 | + | EDI: AIS.COM | | |
| | | | Nov 19 2025 01:18:00 | Capital One N.a, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25306787 | + | Email/Text: shornbeck@peritusservices.com | | |
| | | | Nov 18 2025 20:42:00 | Complete Credit Solutions, 2921 Brown Trl Ste 100, Bedford, TX 76021-4174 |
| 25306788 | + | Email/Text: bankruptcy@curo.com | | |
| | | | Nov 18 2025 20:42:00 | Covington Credit, 316 S Grayson Highway Ste 6, Lawrenceville, GA 30046-7178 |
| 25306789 | + | EDI: CCS.COM | | |
| | | | Nov 19 2025 01:18:00 | Credit Collection Services, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 25306746 | | Email/Text: backoffice.us@deferit.com | | |
| | | | Nov 18 2025 20:41:00 | DEFERIT INC, 11 PARK PL FL 3, NEW YORK, NY 10007 |
| 25312727 | | Email/Text: deptbankruptcy@deltacommunitycu.com | | |
| | | | Nov 18 2025 20:41:00 | Delta Community Credit Union, PO Box 20541, Atlanta, GA 30320-2541 |
| 25306765 | | Email/Text: deptbankruptcy@deltacommunitycu.com | | |
| | | | Nov 18 2025 20:41:00 | Delta Community Credit Union, PO Box 20541, c/o Cindy Morrow, Atlanta, GA 30320 |
| 25306743 | + | EDI: MAXMSAIDV | | |
| | | | Nov 19 2025 01:18:00 | DEPT OF ED/AIDVANTAGE, P.O Box 300001, Greenville, TX 75403-3001 |
| 25306737 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | | |
| | | | Nov 18 2025 20:40:00 | Department Of Justice, Tax Division, 75 Ted Turner Drive Sw, Civil Trial Section, Southern, Atlanta, GA 30303-3315 |
| 25306742 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Nov 18 2025 20:40:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 25306747 | + | EDI: AISACG.COM | | |
| | | | Nov 19 2025 01:18:00 | Exeter Finance Llc, 4515 N Santa Fe Ave Dept Aps, Oklahoma City, OK 73118-7901 |
| 25306754 | + | EDI: BLUESTEM | | |
| | | | Nov 19 2025 01:18:00 | FETTI FINGERHUT/WEBBAN, 13300 PIONEER TRL, EDEN PRAIRIE, MN 55347-4120 |
| 25326529 | | Email/Text: BankruptcyNotices@firsttechfed.com | | |
| | | | Nov 18 2025 20:39:00 | First Tech Federal Credit Union, PO BOX 2100, Beaverton, OR 97075 |
| 25306759 | + | EDI: AMINFOFP.COM | | |
| | | | Nov 19 2025 01:18:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 25326873 | + | Email/Text: bankruptcy@flagshipcredit.com | | |
| | | | Nov 18 2025 20:41:00 | Flagship Credit Acceptance, PO BOX 3807, Coppell, TX 75019-5877 |
| 25306782 | + | Email/Text: bankruptcy@flagshipcredit.com | | |
| | | | Nov 18 2025 20:41:00 | Flagship Credit Acceptance, 3 CHRISTY DR STE 201, CHADDS FORD, PA 19317-9670 |
| 25306757 | | EDI: GADEPTOFREV.COM | | |
| | | | Nov 19 2025 01:18:00 | Georgia Department Of Revenue, 1800 Century Blvd NE Ste 9100, c/o J. Ho, Atlanta, GA 30345 |
| 25306756 | + | EDI: IRS.COM | | |
| | | | Nov 19 2025 01:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25306772 | | EDI: JEFFERSONCAP.COM | | |
| | | | Nov 19 2025 01:18:00 | Jefferson Capital Systems Llc, P.O. Box 7999, Saint Cloud, MN 56302 |
| 25306791 | + | Email/Text: bankruptcy@kikoff.com | | |
| | | | Nov 18 2025 20:40:00 | KIKOFF LEND, 75 BROADWAY, SAN FRANCISCO, CA 94111-1422 |
| 25408671 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 18 2025 20:50:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25306748 | + | Email/Text: bankruptcy@moneylion.com | | |
| | | | Nov 18 2025 20:42:00 | MONEYLION INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 25306775 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 18 2025 20:41:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 25306763 | + | Email/Text: bankruptcy@moneylion.com | | |
| | | | Nov 18 2025 20:42:00 | MoneyLion Inc, 30 W 21ST ST FL 9, NEW |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | YORK, NY 10010-6957 |
| 25306768 | + | EDI: NFCU.COM | Nov 19 2025 01:18:00 | Navy Federal Credit Union, P.O. Box 3000, C/O Rosemaria Williams, Merrifield, VA 22119-3000 |
| 25306769 | + | EDI: NFCU.COM | Nov 19 2025 01:18:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 25306741 | | Email/Text: bankruptcy@law.ga.gov | Nov 18 2025 20:40:00 | Office Of The Attorney General - Atl, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 25306740 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 18 2025 20:41:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 25306762 | | Email/Text: bankruptcy@perpay.com | Nov 18 2025 20:40:00 | Perpay, 2400 MARKET ST STE 300, PHILADELPHIA, PA 19103 |
| 25351532 | | EDI: PRA.COM | Nov 19 2025 01:18:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 25327668 | + | Email/Text: bankruptcy@gopfs.com | Nov 18 2025 20:42:00 | PRESTIGE FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 25306776 | | Email/Text: bankruptcy@gopfs.com | Nov 18 2025 20:42:00 | Prestige Financial Services, 1420 S. 500 W, SALT LAKE CITY, UT 84115 |
| 25306773 | + | EDI: JEFFERSONCAP.COM | Nov 19 2025 01:18:00 | Premier Bankcard, LLC Jefferson Capital Systems as, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 25306771 | + | EDI: JEFFERSONCAP.COM | Nov 19 2025 01:18:00 | Premier Bankcard, Llc Jefferson Capital Systems Ll, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 25306792 | + | Email/Text: bknotices@progressresidential.com | Nov 18 2025 20:42:00 | Progress Residential, 2658 Holcomb Bridge Rd, Suite 118, Alpharetta, GA 30022-6822 |
| 25365912 | + | Email/Text: bankruptcy@purchasingpower.com | Nov 18 2025 20:42:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road, Building 2, Suite 1200, Atlanta, GA 30339-6199 |
| 25306779 | + | Email/Text: bankruptcy@purchasingpower.com | Nov 18 2025 20:42:00 | Purchasing Power, Llc, 2727 Paces Ferry Rd, SE Bldg 2, Ste 120, Atlanta, GA 30339-6199 |
| 25306750 | | Email/Text: bankruptcy@self.inc | Nov 18 2025 20:40:00 | SELF FINANCIAL/LEAD BA, 901 E. 6TH STREET SUITE #400, Austin, TX 78702 |
| 25306749 | | Email/Text: bankruptcy@self.inc | Nov 18 2025 20:40:00 | Sbnaselflndr, 901 E 6TH ST STE 400, AUSTIN, TX 78702 |
| 25306739 | ^ | MEBN | Nov 18 2025 20:35:46 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Atlanta, GA 30308 |
| 25325651 | + | EDI: AIS.COM | Nov 19 2025 01:18:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25306767 | + | EDI: AIS.COM | Nov 19 2025 01:18:00 | T Mobile/T-Mobile Usa Inc By American Infosource A, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25334568 | + | Email/Text: EBN@edfinancial.com | Nov 18 2025 20:40:00 | US Department of Education, Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 25307283 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 18 2025 20:41:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25306751 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 18 2025 20:41:00 | Us Dept Of Ed/Glelsi, 2401 Internal Lane, Attn: Chhengre Lim, Madison, WI 53704-3121 |

TOTAL: 56

| District/off: 113E-9 | User: bncadmin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: 155 | Total Noticed: 65 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25306778 | *+ | Ashley Funding Services, Llc Resurgent Capital Ser, P.O. Box 10587, Greenville, SC 29603-0587 |
| 25306790 | *+ | Credit Collection Services, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 25306760 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 25306761 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 25306738 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |
| 25306774 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems Llc, P.O. Box 7999, Saint Cloud, MN 56302 |
| 25395856 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25306764 | *+ | MoneyLion Inc, 30 W 21ST ST FL 9, NEW YORK, NY 10010-6957 |
| 25311240 | *+ | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 25306770 | *+ | Navy Federal Credit Union, P.O. Box 3000, C/O Rosemaria Williams, Merrifield, VA 22119-3000 |
| 25306785 | *+ | Portfolio Recovery Associates, Llc, 9420 Bunsun Prkwy, Suite 320, Louisville, KY 40220-3878 |
| 25306780 | *+ | Purchasing Power, Llc, 2727 Paces Ferry Rd, SE Bldg 2, Ste 120, Atlanta, GA 30339-6199 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2025                     Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Curt Olof Lindstrom, II | on behalf of Debtor Shaydrea Lachelle Chapman clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Curt Olof Lindstrom, II | on behalf of Joint Debtor Donquadis Jatemus Windle clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. LTD mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |
| Paige Nicole Pierson | on behalf of Joint Debtor Donquadis Jatemus Windle ppierson@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Paige Nicole Pierson | on behalf of Debtor Shaydrea Lachelle Chapman ppierson@semradlaw.com  ganb.courtview@SLFCourtview.com |

TOTAL: 6