**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | | |
|---|---|---|
| In Re: | **Shaydrea Lachelle Chapman**<br>**Donquadis Jatemus Windle**<br>Debtor(s) | Case No.: **25−56273−sms**<br>Chapter: **13**<br>Judge: **Sage M. Sigler** |

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: DELTA AIR LINES, INC

It appearing that this case was DISMISSED on 11/18/25,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 11/20/25

_____
Sage M. Sigler
UNITED STATES BANKRUPTCY JUDGE

Dated: November 20, 2025

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-56273-sms |
| Shaydrea Lachelle Chapman | Chapter 13 |
| Donquadis Jatemus Windle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: termedo | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | Shaydrea Lachelle Chapman, Donquadis Jatemus Windle, 254 Hillandale Dr, Stockbridge, GA 30281-3047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: bankruptcy.notices@delta.com | Nov 20 2025 20:38:00 | DELTA AIR LINES, INC, ATTN: PAYROLL, 1030 DELTA BLVD, DEPT 982, ATLANTA, GA 30354-1989 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Curt Olof Lindstrom, II | on behalf of Debtor Shaydrea Lachelle Chapman clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Curt Olof Lindstrom, II | on behalf of Joint Debtor Donquadis Jatemus Windle clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| K. Edward Safir | on behalf of Trustee K. Edward Safir info@atlch13tt.com |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: termedo | Total Noticed: 2 |

K. Edward Safir
    info@atlch13tt.com

Matthew Franklin Totten
    on behalf of Creditor Yamasa Co. LTD mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email

Paige Nicole Pierson
    on behalf of Joint Debtor Donquadis Jatemus Windle ppierson@semradlaw.com ganb.courtview@SLFCourtview.com

Paige Nicole Pierson
    on behalf of Debtor Shaydrea Lachelle Chapman ppierson@semradlaw.com ganb.courtview@SLFCourtview.com

TOTAL: 7