### UNITED STATES BANKRUPTCY COURT

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

| | | |
|---|---|---|
| In Re: | **Shaydrea Lachelle Chapman**<br>**Donquadis Jatemus Windle** | Case No.: **25−56273−sms**<br>Chapter: **13**<br>Judge: **Sage M. Sigler** |
| | Debtor(s) | |

---

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: MEDIX STAFFING SOLUTIONS


It appearing that this case was DISMISSED on 11/18/25,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 11/20/25

_____

Sage M. Sigler
UNITED STATES BANKRUPTCY JUDGE


Dated: November 20, 2025

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

In re:                                                            Case No. 25-56273-sms

Shaydrea Lachelle Chapman                                        Chapter 13

Donquadis Jatemus Windle

    Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9                    User: bncadmin                    Page 1 of 2

Date Rcvd: Nov 20, 2025                 Form ID: termedo                  Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jtdb | + Shaydrea Lachelle Chapman, Donquadis Jatemus Windle, 254 Hillandale Dr, Stockbridge, GA 30281-3047 |
| | + MEDIX STAFFING SOLUTIONS, ATTN: PAYROLL, 55 W 22ND STREET, STE 230, LOMBARD, IL 60148-4888 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Curt Olof Lindstrom, II | on behalf of Debtor Shaydrea Lachelle Chapman clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Curt Olof Lindstrom, II | on behalf of Joint Debtor Donquadis Jatemus Windle clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| K. Edward Safir | on behalf of Trustee K. Edward Safir info@atlch13tt.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. LTD mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |

Paige Nicole Pierson

on behalf of Joint Debtor Donquadis Jatemus Windle ppierson@semradlaw.com  ganb.courtview@SLFCourtview.com

Paige Nicole Pierson

on behalf of Debtor Shaydrea Lachelle Chapman ppierson@semradlaw.com  ganb.courtview@SLFCourtview.com


TOTAL: 7