**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br>SHAYDREA LACHELLE CHAPMAN<br>DONQUADIS JATEMUS WINDLE<br>Debtor(s) | Case No. A25-56273-SMS |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

K. Edward Safir, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/04/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/18/2025.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $12,677.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,269.08 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,269.08** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,830.76 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $253.32 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,084.08** |

Attorney fees paid and disclosed by debtor:     $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS, LLC | Secured | 0.00 | 1,270.67 | 1,270.67 | 115.00 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | 374.00 | 374.00 | 374.00 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | 32.01 | 32.01 | 32.01 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | 2,464.11 | 2,464.11 | 2,464.11 | 0.00 | 0.00 |
| BMG LOANSATWORK INC | Unsecured | 0.00 | 4,772.54 | 4,772.54 | 0.00 | 0.00 |
| DELTA COMMUNITY CREDIT UNION | Unsecured | 417.78 | 408.94 | 408.94 | 0.00 | 0.00 |
| FIRST TECH FEDERAL CREDIT UNION | Unsecured | NA | 507.40 | 507.40 | 0.00 | 0.00 |
| FLAGSHIP CREDIT ACCEPTANCE | Secured | 29,992.05 | 34,407.89 | 34,407.89 | 830.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 716.75 | 747.23 | 747.23 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 1,008.00 | 1,008.07 | 1,008.07 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 3,022.56 | 3,022.56 | 3,022.56 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 587.20 | 587.20 | 587.20 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 3,253.06 | 3,253.06 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, IN | Unsecured | 636.12 | 636.12 | 636.12 | 0.00 | 0.00 |
| MONEYLION INC. | Unsecured | 364.30 | 364.30 | 364.30 | 0.00 | 0.00 |
| MONEYLION INC. | Unsecured | 413.10 | 413.10 | 413.10 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 256.47 | 256.47 | 256.47 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | NA | 17,031.08 | 17,031.08 | 0.00 | 0.00 |
| PURCHASING POWER, LLC | Secured | 1,902.90 | 1,386.28 | 1,386.28 | 120.00 | 0.00 |
| PURCHASING POWER, LLC | Secured | 2,167.05 | 1,550.44 | 1,550.44 | 120.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | 16,487.91 | NA | NA | 0.00 | 0.00 |
| Atlas | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Atlas | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One N.a | Unsecured | 456.69 | NA | NA | 0.00 | 0.00 |
| Complete Credit Solutions | Unsecured | 1,363.00 | NA | NA | 0.00 | 0.00 |
| Covington Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 3,661.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| DEFERIT INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Navy Federal Credit Union | Unsecured | 534.78 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Navy Federal Credit Union | Unsecured | 551.79 | NA | NA | 0.00 | 0.00 |
| Navy Federal Credit Union | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| NORTHSIDE FEDERAL CRED | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| Perpay | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| MONEYLION INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GADOR | Priority | 342.40 | NA | NA | 0.00 | 0.00 |
| IRS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| KIKOFF LEND | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| EDC/SELF-RENTTRACK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Exeter Finance Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FETTI FINGERHUT/WEBBAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates, Llc | Unsecured | 1,693.41 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard, LLC Jefferson Capital | Unsecured | 1,008.07 | NA | NA | 0.00 | 0.00 |
| RH PARTNERS OWNERCO LLC | Unsecured | 13,325.00 | NA | NA | 0.00 | 0.00 |
| Sbnaselflndr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sbnaselflndr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELF FINANCIAL/LEAD BA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL Yamasa 10/0 | Unsecured | 10,165.00 | NA | NA | 0.00 | 0.00 |
| TFI Group LLC | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE/T-MOBILE USA INC BY AIS | Unsecured | 1,488.43 | 1,864.43 | 1,864.43 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $34,407.89 | $830.00 | $0.00 |
| All Other Secured | $4,207.39 | $355.00 | $0.00 |
| **TOTAL SECURED:** | **$38,615.28** | **$1,185.00** | **$0.00** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,742.62** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $2,084.08 |
| Disbursements to Creditors | $1,185.00 |
| **TOTAL DISBURSEMENTS** : | **$3,269.08** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/19/2025                        By: /s/ K. Edward Safir
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHAYDREA LACHELLE CHAPMAN | ) | |
| DONQUADIS JATEMUS WINDLE | ) | CASE NO. A25-56273-SMS |
| | ) | |
| DEBTORS | ) | |

## CERTIFICATE OF SERVICE

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   SHAYDREA LACHELLE CHAPMAN
   254 HILLANDALE DR
   STOCKBRIDGE, GA  30281

   DONQUADIS JATEMUS WINDLE
   254 HILLANDALE DR
   STOCKBRIDGE, GA  30281

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

   SEMRAD LAW FIRM LLC

DATED:  12/19/2025

                                 /S/
                        K. Edward Safir, Chapter 13 Trustee
                        State Bar No. 622149
                        285 Peachtree Center Ave
                        Suite 1600
                        Atlanta, GA  30303-1229
                        (404) 525-1110
                        eds@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**