## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Shaydrea Lachelle Chapman**
254 Hillandale Dr
Stockbridge, GA 30281

**xxx–xx–1242**

**Donquadis Jatemus Windle**
254 Hillandale Dr
Stockbridge, GA 30281

**xxx–xx–2130**

Case No.: **25–56273–sms**
Chapter: **13**
Judge: **Sage M. Sigler**

### ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above–named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

_____

Sage M. Sigler
United States Bankruptcy Judge

Dated: January 12, 2026

Form 176

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                    Case No. 25-56273-sms

Shaydrea Lachelle Chapman                                                          Chapter 13

Donquadis Jatemus Windle

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: 176 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

**Recip ID**           **Recipient Name and Address**
db/jtdb           +  Shaydrea Lachelle Chapman, Donquadis Jatemus Windle, 254 Hillandale Dr, Stockbridge, GA 30281-3047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Curt Olof Lindstrom, II | on behalf of Debtor Shaydrea Lachelle Chapman clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Curt Olof Lindstrom, II | on behalf of Joint Debtor Donquadis Jatemus Windle clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com |
| K. Edward Safir | info@atlch13tt.com |
| K. Edward Safir | on behalf of Trustee K. Edward Safir info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. LTD mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |
| Paige Nicole Pierson | |

District/off: 113E-9                            User: bncadmin                                    Page 2 of 2
Date Rcvd: Jan 12, 2026                         Form ID: 176                                  Total Noticed: 1

                    on behalf of Joint Debtor Donquadis Jatemus Windle ppierson@semradlaw.com  ganb.courtview@SLFCourtview.com

Paige Nicole Pierson
                    on behalf of Debtor Shaydrea Lachelle Chapman ppierson@semradlaw.com  ganb.courtview@SLFCourtview.com


TOTAL: 7